LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

December 22, 2008

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | David P. Walter |
| | Case Number | : | 08-24593 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Countrywide Home Loans Servicing, L.P. |
| | Loan Number | : | XXXXX8968 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Countrywide Home Loans Servicing, L.P.
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ John D. Schlotter

John D. Schlotter, Esquire

cc: Kathleen Leavitt
    Daniel P. Rickert, Esq.

File Number CWF-08-22998 /
Request for Service of Notice