**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
kal13mail@las13.com
(702) 853-0700

E-File: 08/10/2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| **DAVID P WALTER** | BKS-08-24593-MKN |
| | **MOTION TO DISMISS** |
| | **PRE-HEARING CONFERENCE** |
| | Hearing Date: October 22, 2009 |
| | Hearing Time: 9:30 a.m. |
| | **MOTION TO DISMISS** |
| Debtor(s). | Hearing Date: October 22, 2009 |
| | Hearing Time:  2:00 pm |

   Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for her motion states and alleges as follows:

   1.  Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on December 05, 2008.
   2.  Debtors Plan was confirmed by the Court on 06/25/2009.
   3.  The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) for one or more of the following reasons, to wit:

   (c)  For cause,

   - Court Claim #5, COUNTRYWIDE, filed a secured Proof of Claim for arrears ($1783.40) with no plan provision.

   WHEREFORE, the Trustee prays the Court issue an order dismissing the within case for the reasons as stated above and that expenses in the amount of $0.00 be allowed in this case.

DATED: 8/10/2009
KA

/s/ KATHLEEN A LEAVITT
Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY TRUSTEE