| | |
|---|---|
| **LAW OFFICE OF FRANK SORRENTINO**<br>FRANK SORRENTINO, ESQ.<br>Nevada Bar No. 000421<br>BONNIE BOYCE, ESQ.<br>Nevada Bar No. 000870<br>1118 East Carson Avenue<br>Las Vegas, Nevada 89101<br>(702) 384-6824<br>Attorney for Debtor | **E-Filed On:** 09-18-2009 |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re )<br>)<br>**DAVID P. WALTER** )<br>)<br>Debtor ) | Case No.: BK-S-08-24593-MKN<br>Chapter 13<br><br>Hearing Date: September 30th, 2009<br>Hearing Time: 1:30 p.m. |

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Debtor, DAVID P. WALTER, by and through his attorney, BONNIE BOYCE, ESQ., of the LAW OFFICE OF FRANK SORRENTINO, and respectfully requests this Court to deny the MOTION FOR RELIEF FROM AUTOMATIC STAY filed by WELLS FARGO BANK, N.A. dba America's Servicing Company by and through its attorney, GREGORY L. WILDE, ESQ. of WILDE & ASSOCIATES.

## POINTS AND AUTHORITIES

11 USC Section 362(d)(1) states that the Court may terminate, modify or condition stay:

> "for cause, including the lack of adequate protection of an interest in property of such party in interest;—"

11 USC Section 362(d)(2) the Court may terminate, modify or condition a stay:

> "with respect to a stay of an act against property under subsection (a) of this section, if-
> 
> (A)   the debtor does not have an equity in such property AND
> 
> (B)   such property is not necessary to an effective reorganization

## STATEMENT OF FACT

Debtor's property is located at 3945 Narrow Canyon Street, in Las Vegas, Nevada 89129. The property was valued at approximately $ 210,181.00 at the time of filing. Debtor's home is necessary for an effective reorganization.

11 USC Section 362(d)(1) may apply as:

1. Debtor acknowledges that he was late on the post-petition mortgage payments.
2. Debtor's intentions are to stay current on future post-petition mortgage payments.
3. Debtor may provide funds prior to the hearing.

## CONCLUSION

THEREFORE, Debtor requests that the Motion for Relief from Automatic Stay be denied under 11 USC Section (d) (1) or (2), and that any action on creditor's behalf be stayed for an adequate amount of time to allow Debtor to become current on the post-petition mortgage arrearages and/or to Stipulate to an Order Re Adequate Protection.

DATED this 18th day of September, 2009.

LAW OFFICE OF FRANK SORRENTINO

By: /s/ Bonnie Boyce
_____
BONNIE BOYCE, ESQ.
Nevada Bar No. 000870
1118 East Carson Avenue
Las Vegas, Nevada 89101
Attorney for Debtor

# **CERTIFICATE OF MAILING**

I, the undersigned, an employee of the Law Office of Frank Sorrentino, hereby certify that on the 18th day of September, 2009, I deposited in the United States Mail, first class mail, postage pre-paid, a true and correct copy of the **Opposition to Motion For Relief From Automatic Stay** to all parties listed below:

Kathleen A. Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd. South, # 200
Las Vegas, Nevada 89101

Gregory L. Wilde, Esq.
WILDE HANSEN, LLP.
208 South Jones Blvd.
Las Vegas, Nevada 89107

David P. Walter
3945 Narrow Canyon Street
Las Vegas, Nevada 89129

By /s/ Angela P. Ballard
_____
**An employee of the Law Office of Frank Sorrentino**

## ** §362 INFORMATION SHEET **

David P. Walter                              08-24593-MKN
DEBTOR                                  BK NO.          MOTION NO.

Wells Fargo Bank, N.A., dba America's Serv.Co.      13
MOVANT                                                Chapter

PROPERTY INVOLVED IN THIS MOTION: 3945 Narrow Canyon St.
                                  Las Vegas, Nevada  89129

NOTICE SERVED ON:
DEBTOR(S) x    ; DEBTOR(S)' COUNSEL  x    TRUSTEE   X

DATE OF SERVICE: _____

| MOVING PARTY'S CONNECTIONS: | * DEBTOR'S CONNECTIONS: |
|---|---|
| THE EXTENT and PRIORITY of LIENS: | * THE EXTENT and PRIORITY of LIENS: |
| 1ST _____ | *1st Wells Fargo Bank, N.A. ($ 284,500.00) |
| 2nd _____ | * 2ND Countrywide ($ 30,500.00) |
| 3RD _____ | * 3RD _____ |
| 4TH _____ | * 4TH _____ |
| OTHER _____ | * OTHER _____ |
| TOTAL ENCUMBRANCES: _____ | TOTAL ENCUMBRANCES: $315,000.00 |
| APPRAISAL or OPINION as to VALUE: | * APPRAISAL or OPINION as to VALUE: $ 210,181.00 |

TERMS of MOVANT'S CONTRACT           * DEBTOR'S OFFER OF "ADEQUATE
with the DEBTOR:                     * PROTECTION" for MOVANT:

AMOUNT OF NOTE: $ 284,500.00

INTEREST RATE: 6.625 %               *   Cure over 6 months

DURATION: 30 years
                                     *SPECIAL CIRCUMSTANCES:
PAYMENT PER MONTH: $ 1,821.76

DATE OF DEFAULT: Nov. 1, 2008        *SUBMITTED BY:

AMOUNT IN ARREARS: $ 6,522.34        *BONNIE BOYCE, ESQ.
DATE OF NOTICE -DEFAULT: 08-14-09    *Signature: /S/Bonnie Boyce
                                     Nevada Bar # 000870
SPECIAL CIRCUMSTANCES:               *LAW OFFICE OF FRANK SORRENTINO
                                     1118 E. Carson Ave.
                                     Las Vegas, Nevada 89101
                                     (702) 384-6824